UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD J. ANTES,

        Plaintiff,                           Case No. 1:12-cv-1188

v.                                            HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a stipulation and proposed order for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt 21).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 31, 2015, recommending that this Court grant in part the stipulation for attorney fees.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 26) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt 21) is GRANTED IN PART.  Defendant shall pay Plaintiff attorney fees in the amount of **$5,906.25**.

Dated:  August 18, 2015                                      /s/Janet T. Neff
                                                                     JANET T. NEFF
                                                                     United States District Judge